Certificate Number: 14912-PAM-DE-030963185

Bankruptcy Case Number: 18-00502


14912-PAM-DE-030963185

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 30, 2018</u>, at <u>10:11</u> o'clock <u>PM EDT</u>, <u>James Hauser Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 30, 2018</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>

Certificate Number: 14912-PAM-DE-030963187

Bankruptcy Case Number: 18-00502



14912-PAM-DE-030963187

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 30, 2018</u>, at <u>10:11</u> o'clock <u>PM EDT</u>, <u>Wendy Hauser</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 30, 2018</u>     By: <u>/s/Jai Bhatt</u>

                              Name: <u>Jai Bhatt</u>

                              Title: <u>Counselor</u>